**Opinion issued July 2, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————————

**NO. 01-24-00340-CV**

———————————————

**RICHARD ABRAMS, Appellant**

**V.**

**LONGHORN VILLAGE, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1197940**

---

## MEMORANDUM OPINION

Appellant Richard Abrams filed an agreed motion to dismiss the appeal because appellant no longer wishes to pursue his appeal. We grant the motion.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.